# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERRY VASCOCU

VERSUS

PRIVILEGE UNDERWRITERS
RECIPROCAL EXCHANGE,
KATHERINE CLARK BOYCE, AND
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.  2025 CW 0343

JULY 14, 2025

---

In Re:    Terry Vascocu, applying for supervisory writs, 18th
          Judicial District Court, Parish of West Baton Rouge, No.
          1049447.

---

BEFORE:   **HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's February 28, 2025 judgment, which granted the exceptions of no cause of action and no right of action filed by defendant, Privilege Underwriters Reciprocal Exchange, and ordered that "Plaintiff's claims against Privilege Underwriters Reciprocal Exchange (PURE), are dismissed…" is a final, appealable judgment pursuant to Louisiana Code of Civil Procedure article 1915(A)(1). Therefore, the writ is granted for the limited purpose of remanding this matter to the trial court with instructions to grant an appeal to plaintiff, Terry Vascocu, pursuant to the pleading that notified the trial court of plaintiff's intention to seek writs. See **In re Howard**, 541 So.2d 195, 197 (La. 1989) (per curiam). Additionally, a copy of this court's order is to be included in the appellate record.

**CHH**
**BDE**

**Balfour, J.,** would reverse the trial court's February 28, 2025 judgment which granted the exceptions of no cause and no right of action. La. R.S. 22:1269(B)(1)(b) provides an exception to the limitation on direct actions against the insurer when the insured is insolvent. Plaintiff's petition made sufficient allegations as to insolvency of the insured. Accordingly, I would grant the writ and deny the exceptions of no cause and no right of action filed by the insurer, Privilege Underwriters Reciprocal Exchange.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT